## MISCELLANEOUS DISMISSALS

**2013–1581.   Pruiett v. Elmwood Place.**
Hamilton App. No. C–130448. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*November 25, 2013*

[Cite as *11/25/2013 Case Announcements*, 2013-Ohio-5173.]

## MOTION AND PROCEDURAL RULINGS

**2013–1543.   Sullins v. Raycom Media, Inc.**
Cuyahoga App. No. 99235, 2013-Ohio-3530. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant WUAB and WOIO, L.L.C.'s motion to strike the second memorandum in response to jurisdiction filed by appellee Lavelle Sullins, it is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS

*November 26, 2013*

[Cite as *11/26/2013 Case Announcements*, 2013-Ohio-5210.]

## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A). It is further ordered, sua sponte, that oral argument scheduled before a master commissioner for December 3, 2013, is vacated.

**2012–1404.   HD Dev. Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2009–K–57 through 2009–K–99, and 2011–K–1042 through 2011–K–1084.

## CASE ANNOUNCEMENTS

*December 3, 2013*

[Cite as *12/03/2013 Case Announcements*, 2013-Ohio-5283.]